# United States District Court
## Northern District of Illinois
### Eastern Division

Inland Steel

v.

LTV Steel Company

**JUDGMENT IN A CIVIL CASE**

Case Number: 91 C 4451

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant USX Corporation's motion for an award of costs and for an award of attorney fees are denied because USX Corporation in not a prevailing party for purposes of costs or attorney fees in this action in this court. See FRCP 54(d)(1); and 35 USC § 285

Michael W. Dobbins, Clerk of Court

Date: 5/28/2003

Sandra L. Brooks, Deputy Clerk