AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division



MAR 18 2004

Inland Steel Company

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 91 C 4451

LTV Steel Company, Inc., et al.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court dismisses plaintiff, Inland Steel Company's complaint and that defendant USX Corporation's counterclaims are mooted by the action of the Patent and Trademark Office.

Michael W. Dobbins, Clerk of Court

Date: 3/16/2004

Sandra L. Brooks, Deputy Clerk

336