IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 0 7 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| INLAND STEEL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 91 C 4451 |
| | ) | |
| v. | ) | Judge George W. Lindberg |
| | ) | |
| LTV STEEL COMPANY, INC., and | ) | Magistrate Judge Michael T. Mason |
| USX CORPORATION, | ) | |
| | ) | MAY 1 0 2004 |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ispat Inland Inc. (f/k/a Inland Steel Company) and Defendant United States Steel Corporation (f/k/a USX Corporation), by their respective attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal with prejudice of this action, all matters in controversy having been settled and compromised. Pursuant to this stipulation, each party shall pay its own attorneys' fees, costs, and expenses in this Court, in the appeal in this action before the United States Court of Appeals for the Federal Circuit, in the related reexamination proceedings before the Patent and Trademark Office and in the appeal of those reexamination proceedings before the United States Court of Appeals for the Federal Circuit. Further, by this Stipulation USX Corporation stipulates that its pending Motion For An Award Of Costs and its pending Motion For An Award Of Attorneys' Fees both shall be dismissed with prejudice, and the parties hereto stipulate that no award of costs or attorneys' fees shall be made against or in favor of either party.

Dated: May 5, 2004

Respectfully submitted,

ISPAT INLAND INC.

By: _____
One of its Attorneys

Jonathan S. Quinn
Jeffrey H. Bergman
SACHNOFF & WEAVER, LTD.
30 South Wacker Drive, Suite 2900
Chicago, Illinois 60606
(312) 207-1000

UNITED STATES STEEL CORPORATION

By: _____
One of its Attorneys

Hugh A. Abrams
Deanna L. Keysor
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

339

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that, on this 7th day of May, 2004, a copy of the foregoing Stipulation of Dismissal with Prejudice was served upon plaintiff, Inland Steel Company (now known as Ispat Inland Inc.), in the manner indicated:

By Messenger

Jeffrey H. Bergman, Esq.
Jonathan S. Quinn, Esq.
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
Suite 2900
Chicago IL 60606-7484
Attorney for Inland Steel Company
(now known as Ispat Inland Inc.)

_____
One of the Attorneys for Defendant
USX Corporation (now United States Steel Corporation)

CH1 2893295v1